1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                (HONORABLE JAN M. ADLER)

11 | UNITED STATES OF AMERICA,        ) CASE NO. 08MJ1598
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )
                                      )   **NOTICE OF APPEARANCE**
14 | JOSE IRIBE-GARCIA,                )
                                      )
15 |         Defendant.                )
   |_____ )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                    Respectfully submitted,

22 Dated:  June 17, 2008              /s/ *JENNIFER L. COON*
                                      Federal Defenders of San Diego, Inc.
23                                    Attorneys for Defendant
                                      Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 17, 2008        /s/ *JENNIFER L. COON*
                Federal Defenders of San Diego, Inc.
                225 Broadway, Suite 900
                San Diego, CA  92101-5030
                (619) 234-8467  (tel)
                (619) 687-2666  (fax)
                Jennifer_Coon@fd.org (email)