AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE IRIBE-GARCIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr1884·WQH

I, JOSE IRIBE-GARCIA  , the above named defendant, who is accused of committing

the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on  6 | 19 | 08  prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_José Iribe Garcia_,
Defendant

_____
Counsel for Defendant

Before  _____
Judicial Officer

**FILED**

**JUN 19 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY