```
                                    FILED
                                    JUL 28 2008
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1884-WQH |
| Plaintiff, | SUPERSEDING |
| | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1326~~(a)~~ |
| JOSE IRIBE-GARCIA, | ~~and (b)~~ - ~~Deported Alien Found~~ ~~in the United States~~ (Felony) |
| Defendant. | Attempted Entry After Deportation |

The United States Attorney charges:

On or about May 20, 2008, within the Southern District of California, defendant JOSE IRIBE-GARCIA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter ~~was found in~~ the United States, with the purpose, i.e. conscious desire, to enter the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: Jul 28, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
6/10/08